IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| N J JACKSON,<br>    Petitioner,<br>vs.<br>TOM L CAREY, Warden,<br>    Respondent. | No C 03-5025 VRW (PR)<br><br>ORDER DENYING<br>CERTIFICATE OF<br>APPEALABILITY<br><br>(Doc # 41) |

       N J Jackson has filed a petition for review of the court's June 11, 2007 dismissal of his petition for a writ of habeas corpus under 28 USC § 2254 which the court construes as a notice of appeal and request for a certificate of appealability ("COA").

       A COA is DENIED because Jackson has not demonstrated that "jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling." <u>Slack v McDaniel</u>, 529 US 473, 484 (2000).

       The clerk shall forward to the court of appeals the case file with this order. See <u>United States v Asrar</u>, 116 F3d 1268, 1270 (9th Cir 1997).

       SO ORDERED.

                                      VAUGHN R WALKER
                                      United States District Chief Judge

G:\PRO-SE\VRW\HC.03\Jackson3.coa.wpd